AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of New York

| | | |
|---|---|---|
| ELIZABETH BROKAMP | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No.  1:21-cv-00389-DNH-ATB |
| LETITIA JAMES, in her official capacity as Attorney General of the State of New York, and the New York State Board of Mental Health Practitioners | ) ) ) ) | |
| *Defendant(s)* | ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Timothy Mooney
NY State Education Department
Office of the Professions
State Board for Mental Health Practitioners
89 Washington Avenue
Albany, New York 12234-1000

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jeffrey Redfern (DC Bar No. 1018046)*
INSTITUTE FOR JUSTICE
901 N. Glebe Road, Suite 900
Arlington, VA 22203

*Admitted Pro Hac Vice

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk of Court

Date:    6/22/2021                                    s/ M. Gallup-Hughes

*Signature of Clerk or Deputy Clerk*